UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:15 CR 80 |
| | ) | |
| GAILAND JACKSON JR. | ) | |

**O R D E R**

Pursuant to the Report and Recommendation of the United States Magistrate Judge dated September 30, 2019 (DE # 56), to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violation of supervised release described in the June 21, 2019 Petition (DE # 42). Defendant's term of supervised release is **REVOKED** and defendant is hereby committed to the United States Bureau of Prisons to serve a term of imprisonment of five (5) months, including receipt of credit for time served while in federal custody. The court **RECOMMENDS** that the Bureau of Prisons permit defendant to serve his term of imprisonment in a Bureau of Prisons facility as close as possible to the Northern District of Indiana. After successful completion of the additional term of imprisonment, defendant shall not continue on supervised release. This sentence shall be imposed without requiring defendant to make an additional court appearance.

                                          **SO ORDERED.**

Date: October 1, 2019

                                          s/James T. Moody
                                          JUDGE JAMES T. MOODY
                                          UNITED STATES DISTRICT COURT